# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                    **Case No. 3:10cv14/MCR/MD**

**0.37 OF AN ACRE OF LAND, MORE OR LESS, SITUATE IN ESCAMBIA COUNTY, STATE OF FLORIDA, et al.,**

      **Defendants**.

_____/

## ORDER FOR APPOINTMENT OF ATTORNEY TO SERVE AS GUARDIAN AD LITEM AND ATTORNEY AD LITEM

Pending before the court is the plaintiff's motion to appoint an attorney to serve as guardian *ad litem* to represent such unnamed defendants as may be infants, incompetents, or otherwise not *sui juris*, and as attorney *ad litem* to represent unnamed defendants who may be in the military service of the United States. (Doc. 8.) The plaintiff represents that Attorney Christopher R. Johnson, Esq., 7 N. Coyle Street, Pensacola, Forida 32502, is a member in good standing of the Florida bar and the Bar of this court; that he consents to the appointment as guardian *ad litem* and attorney *ad litem*; and that he is not related to the parties involved in this suit.

It is therefore ORDERED:

1. Plaintiff's Motion for Appointment of Guardian Ad Litem and Attorney Ad Litem (doc. 8) is hereby GRANTED.

2. Christopher R. Johnson, Esq., shall be and is hereby appointed guardian *ad litem* such unnamed defendants as may be infants, incompetents, or otherwise not *sui*

*juris*, and as attorney *ad litem* to represent unnamed defendants who may be in the military service of the United States.

    3.    Christopher R. Johnson, Esq., is hereby directed to file within twenty-one (21) days after receipt of this order and attached complaint such pleadings as may be deemed appropriate.

**DONE and ORDERED** this 1st day of February, 2010.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**