**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**v.**                                   **Case No. 3:10cv14/MCR/MD**

**0.37 OF AN ACRE OF LAND MORE OR LESS
SITUATED IN ESCAMBIA COUNTY STATE OF
FLORIDA, et al.,**
        **Defendants.**

_____

<u>**ORDER**</u>

This cause of action was initiated on January 20, 2010, upon the filing of plaintiff's complaint (doc. 1). Now before the court is plaintiff's Notice of Filing Answer of Evelyn Delois Lovelace (doc. 48) and Notice of Filing Answer of Larry Donnell Lovelace (doc. 49), with attached letters submitted by Evelyn Delois Lovelace and Larry Donnell Lovelace. The answers are deficient in several respects. The documents do not contain the court's name, the style of the case (the names of the parties), the case number, or a title. N.D. Fla. Loc. R. 5.1(B)(1)-(2); Fed. R. Civ. P. 10. They do not contain signature blocks. N.D. Fla. Loc. R. 5.1(B)(5); Fed. R. Civ. P. 11(a). They do not include a certificate of service. N.D. Fla. Loc. R. 5.1(D); Fed. R. Civ. P. 5. The documents were not filed directly with the court; rather, they were submitted to counsel for the plaintiff. Moreover, the "Answers" do not admit or deny the allegations of the complaint. Fed. R. Civ. P. 8(b).

Accordingly, it is ORDERED:

The "Answers" filed on behalf of defendants Evelyn Delois Lovelace and Larry Donnell Lovelace (docs. 48, 49) shall remain in the electronic file; however, these defendants are advised that no further pleadings will be accepted unless they comply with

the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Northern District of Florida.

DONE and ORDERED this 12th day of April, 2010.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**