**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.                                Case No. 3:10cv14/MCR/MD

**0.37 OF AN ACRE OF LAND MORE OR LESS
SITUATED IN ESCAMBIA COUNTY STATE OF
FLORIDA, et al.,**
    **Defendants.**

___

## ORDER

This condemnation proceeding is before the court upon plaintiff's Notice of Filing Answer of Mamie Ruth Graddy, (doc. 59), with an attached document from Ms. Graddy. (Doc. 59). Ms. Graddy's document is deficient in several respects. It does not contain the court's name, *see* Fed. R. Civ. P. 10, or a proper title, *see* N.D. Fla. Loc. R. 5.1(B)(2) ("The title of the pleading, motion or other paper . . . shall include a clear, concise and specific identification of the document being filed, the filing party, and in the case of responsive filings, the document to which the response is made.").[1] Further, Ms. Graddy's document was not filed directly with the court; but was instead submitted to counsel for the plaintiff. The "answer" does not admit or deny the allegations of the complaint, Fed. R. Civ. P. 8(b), although it does express Ms. Graddy's interest in the subject property.

Accordingly, it is ORDERED:

The "Answer" filed on behalf of defendant Mamie Ruth Graddy (doc. 59) shall remain in the electronic file; however, Ms. Graddy is advised that no further pleadings will be

___

[1] Ms. Graddy's document is titled, "1/6 of Estate - Deceased Lilly Eunice Lewis - Daughter of Only - Mamie Ruth Graddy."

accepted for filing in this Court unless they comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

DONE and ORDERED this 29th day of April, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:10cv14/MCR/MD*